IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Martin E. Grable, | : | |
| Plaintiff | : | Civil Action 2:10-cv-707 |
| v. | : | Judge Frost |
| Commissioner of Social Security, | : | Magistrate Judge Abel |
| Defendant | : | |

### ORDER

On June 9, 2011, the Magistrate Judge issued a report and recommendation that this matter be remanded to the administrate law judge for further proceedings. Objections to this report and recommendation were due by June 27, 2011.

Defendant has filed no objections to the report and recommendation. Upon *de novo* review as required by 28 U.S.C. §636(b), the Court finds the report and recommendation well taken. Accordingly, it (Doc. 20) is **ADOPTED**. This matter is hereby **REMANDED** to the administrative law judge for further proceedings, which shall include an analysis of the medical evidence of the consultative examiner, Dr. Roach, and of Plaintiff's treating physician, Dr. Hunter, as well as new testimony from a vocational expert, consistent with the Report and Recommendation in this case.

    /s/   Gregory L. Frost
United States District Judge